### JEWETT *v.* BISHER.

From the White Circuit Court.

*A. W. Reynolds* and *E. Hughes*, for appellant.

WORDEN, J.—Jewett, named as appellant herein, was
plaintiff below, and recovered judgment against Bisher.
We suppose Bisher intended to appeal, but he stands as
appellee in this court.

For this defect in the assignment of errors, the submission was once set aside, in order that a correction might be made; but the cause was re-submitted without any correction having been made. The appeal must therefore be dismissed.

Appeal dismissed.